DAVID M. TALMAGE, Respondent, *v.* EDWARD N. WHITON et al., Appellants.

(Argued January 30, 1883 ; decided February 6, 1883.)

*E. M. De Witt* for motion.

*Moody B. Smith* opposed.

Motion to dismiss appeal granted.    No opinion.

All concur.

Appeal dismissed.

---

EVERETT JOHNSON, Respondent, *v.* SARAH N. CORNWALL et al., Appellants.

(Argued January 29, 1883 ; decided February 9, 1883.)

REPORTED below (26 Hun, 499).

*Calvin Frost* for appellants.

*Austin G. Fox* for respondent.

Agree to affirm.    No opinion.

All concur.

Judgment affirmed.